Faye M. Eaton et al., Appellants, v Wayne Teachers Association et al., Respondents. [910 NYS2d 758]—Appeal from

an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered December 21, 2009. The order, among other things, granted defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Carni, Lindley and Green, JJ.